## 23663. ANDERSON *v.* THE STATE.

MACINTYRE, J. The evidence amply supports the verdict finding the defendant guilty of possessing intoxicating liquors, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MARCH 29, 1934.

*W. A. Dampier,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.